**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | |
|---|---|
| **THERESE JANOW, and MARK MCLEAN, individually and on behalf of all others similarly situated,** | **CASE NO.:  1:19-cv-02342** |
| **Plaintiffs,** | **JUDGE ROANNE L. MANN** |
| **v.** | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | |
| **Defendant.** | |

Plaintiffs Therese Janow and Mark McLean, individually and on behalf of all others similarly situated, through Counsel, hereby gives notice pursuant to Civ. R. 41(1)(a) of voluntary dismissal *without prejudice* as to all claims against Defendant.

Respectfully submitted,

/s/Javier L. Merino, Esq.
Javier L. Merino, Esq. (078112014)
DannLaw
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
216-373-0539 Telephone
216-373-0536 Fax
notices@dannlaw.com
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 5th day of June, 2019, a copy of the foregoing document was filed

electronically and served electronically to the following:

Aaron F. Jaroff, Esq.
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Phone: (212) 548-2133
Fax: (212) 548-2150
ajaroff@mcguirewoods.com
*Counsel for Defendant*

/s/Javier L. Merino, Esq.
Javier L. Merino, Esq.
Counsel for Plaintiffs